UNITED STATES DISTRICT COURT DISTRICT OF MIDDLE TENNESSEE AT NASHVILLE

CASE NO.

COMPLAINT FOR DAMAGES AND ASSAULT

THIS IS AN ACTION FOR DAMAGES SUSTAINED BY A CITIZEN OF THE UNITED STATES AGAINST A POLICE OFFICER OF THE DAVIDSON COUNTY NASHVILLE POLICE DEPARTMENT WHO ASSAULTED, PROSECUTED, AND HARRASSED HIM AGAINST THE COUNTY OF DAVIDSON AS THE EMPLOYER OF OFFICER SCOTT JOHNSON, WHICH IS SUED AS A PERSON UNDER 42 USC§ 1983 AND 1988

THIS ACTION IS BROUGHT PURSUANT TO 42 USC §1983 AND 1988 AND THE FOURTH, FIFTH, EIGHTH, AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES

THE JURISDICTION OF THIS COURT IS PREDICATED ON 28 USC §§ 1343 (3) AND (4) AND 1331

PARTIES, PLAINTIFF PRINCE EASLEY IS A RESIDENT OF NASHVILLE, AND AT ALL TIMES RELEVANT TO THE ALLEGATIONS OF THIS COMPLAINT WAS A RESIDENT OF DAVIDSON COUNTY AND A CITIZEN OF THE UNITED STATES.

DEFENDANT SCOTT JOHNSON AT ALL TIMES RELEVANT HERETO, WAS A POLICE OFFICER EMPLOYED BY THE DAVIDSON COUNTY POLICE DEPARTMENT TO PERFORM DUTIES IN THE TOWN OF NASHVILLE AND WAS ASSIGNED TO THE SOUTH PRECINCT AT ALL RELEVANT TIMES HE WAS ACTING IN SUCH CAPACITY AS THE AGENT, SERVANT, AND EMPLOYEE OF DEFENDANT COUNTY OF DAVIDSON. HE IS SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY

RECEIVED

SEP 17 2024

US DISTRICT COURT
DISTRICT TENN

FEDERAL CAUSE OF ACTION

THE DESCRIBED ACTIONS AND OMISSIONS, ENGAGED IN UNDER COLOR OF STATE AUTHORITY BY THE DEFENDANT INCLUDING DEFENDANT COUNTY, SUED AS A PERSON IS RESPONSIBLE BECAUSE OF IT'S AUTHORIZATION, CONDONATION, AND RATIFICATION THEREOF FOR THE ACTS OF IT'S AGENTS, DEPRIVED THE PLAINTIFF OF RIGHTS SECURED TO HIM BY THE CONSTITUTION OF THE UNITED STATES, INCLUDING, BUT NOT LIMITED TO HIS 4TH AMENDMENT RIGHT TO BE FREE FROM UNLAWFUL SEIZURE OF HIS PERSON, HIS 5TH AND 14TH AMENDMENTS RIGHTS TO DUE PROCESS OF LAW, INCLUDING THE RIGHT TO BE FREE FROM UNJUSTIFIED AND EXCESSIVE FORCE UTILIZED BY POLICE, AND HIS 8TH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT

2 - 7

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

PLAINTIFF

PRINCE EASLEY

VS.

DEFENDANT

SCOTT JOHNSON

METRO POLICE DEPARTMENT DAVIDSON COUNTY

CASE NO:

JURY TRIAL DEMANDED

THIS COURT HAS JURISDICTION TO HEAR AND RULE IN THIS MATTER

CIVIL RIGHTS COMPLAINT

COMPLAINT FOR INJURIES

ON SEPTEMBER 12, 2023, BETWEEN 10:30 AND 11:30 PM THE PLAINTFF WAS PUSHING HIS BIKE ALONG CHET ATKINS PLACE. THE PLAINTFF WAS APPROACHED BY 3 METRO POLICE OFFICERS AND WAS ACCUSED OF BREAKING INTO CARS. THE PLAINTIFF ASKED IF HE WAS UNDER ARREST — THE OFFICERS SAID NO. EXERCISING HIS CONSTITUTIONAL RIGHTS, THE PLAINTIFF DECIDED TO RIDE OFF ON HIS BIKE. OFFICE SCOTT JOHNSON VIOLENTLY PUSHED HIM OFF CAUSING HIM TO FALL THE PLAINTIFF WAS INJURED WITH A LEFT BROKEN COLLAR BONE AND DISLOCATED SHOULDER.

THE PLAINTIFF IS A CITIZEN OF THE UNITED STATES
THE DEFENDANT WAS AT ALL TIMES ACTING UNDER COLOR OF LAW AND IS BEING SUED IN HIS OFFICIAL CAPACITY AND IN HIS UNOFFICIAL CAPACITY.

THE DEFENDANT SCOTT JOHNSON IS BEING SUED AS AN INDIVIDUAL.
SCOTT JOHNSON IS BEING SUED FOR THE ASSAULT AND INJURY ON THE PLAINTIFF.
THE DEFENDANT IS BEING SUED FOR VIOLATING THE PLAINTIFF'S CONSTITUTIONAL
RIGHTS.

THIS COMPLAINT IS BEING FILED IN PART DUE TO THE REQUIREMENTS OF THE STATUTE
OF LIMITATIONS, AND PLAINTIFF WOULD LIKE TO RESERVE THE RIGHTS TO MAKE
ANY CHANGES AND AMENDMENTS TO THIS COMPLAINT.

THE PLAINTIFF HAS BEEN INJURED BY THE DEFENDANT AND WISHES TO BE COMPENSATED
ALSO FOR HIS PAIN AND SUFFERING.

THE PLAINTIFF IS SEEKING RELIEF IN THE FORM OF:

COMPENSATORY DAMAGES IN THE AMOUNT OF $ 500,000

PUNITIVE DAMAGES IN THE AMOUNT OF $ 250,000

FOR PAIN AND SUFFERING IN THE AMOUNT OF $ 500,000

THAT DEFENDANT PAYS FOR ALL MEDICAL FEES AND INQUIRED
MEDICAL FEES

THAT DEFENDANT PAYS FOR ALL LEGAL FEES SUCH AS
FILING FEES, COURT FEES AND ATTORNEY FEES

CERTIFICATE OF SERVICE

I PRINCE EASLEY DO HEREBY CERTIFY THAT A TRUE AND EXACT COPY OF THIS COMPLAINT HAS BEEN SENT BY WAY OF THE UNITED STATES POSTAL SERVICE TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE, ON THIS _____ DAY OF ~~AUGUST 2024~~ September 12, 2024

SIGNED Prince Easley

PRINCE EASLEY 102013

~~NOTARY PUBLIC~~

~~SIGNED~~

FACTS THAT SUPPORT CLAIM

1. POLICE REPORT, IS TO BE ADDED LATER = IT'S ON THE WAY!

2. PLAINTIFF WAS CHARGED WITH RESISTING ARREST WHEN NO CRIME WAS COMMITTED

3. PLAINTIFF WAS NOT OFFICIALLY CHARGED WITH A CRIME IN THIS MATTER

4. PLAINTIFF WAS ASSAULTED AND INJURED BEFORE HE WAS FALSLY ARRESTED

5. PLAINTIFF WAS ARRESTED FOR A PROBATION VIOLATION

6. PLAINTIFF WAS TAKEN TO JAIL ONLY AFTER IT WAS DISCOVERED THAT HE HAD A PROBATION VIOLATION WARRANT

7. WITHOUT A PROBATION VIOLATION WARRANT, NO ARREST WOULD HAVE BEEN MADE

FACTS THAT SUPPORT CLAIM

1. POLICE REPORT, IS TO BE ADDED LATER = IT'S ON THE WAY!

2. PLAINTIFF WAS CHARGED WITH RESISTING ARREST WHEN NO CRIME WAS COMMITTED

3. PLAINTIFF WAS NOT OFFICIALLY CHARGED WITH A CRIME IN THIS MATTER

4. PLAINTIFF WAS ASSAULTED AND INJURED BEFORE HE WAS FALSLY ARRESTED

5. PLAINTIFF WAS ARRESTED FOR A PROBATION VIOLATION

6. PLAINTIFF WAS TAKEN TO JAIL ONLY AFTER IT WAS DISCOVERED THAT HE HAD A PROBATION VIOLATION WARRANT

7. WITHOUT A PROBATION VIOLATION WARRANT, NO ARREST WOULD HAVE BEEN MADE

6-7

Prince Easley
3003 Albion St Apt B
Nashville TN 37209

RECEIVED
SEP 17 2024
US DISTRICT COURT
MID DIST TENN

Medical File
Hospital
File
United State
District Court
880 Broadway
Nashville TN 37201